People v Jeffries (2022 NY Slip Op 50951(U))

[*1]

People v Jeffries (Jimmie)

2022 NY Slip Op 50951(U) [76 Misc 3d 136(A)]

Decided on September 30, 2022

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 30, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Brigantti, J.P., Tisch, Michael, JJ.

571003/15
The People of
the State of New York, Respondent, 
against
Jimmie Jeffries, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Michael D. Stallman, J.), rendered September 13, 2015, convicting him, upon his
plea of guilty, of petit larceny, and imposing sentence.

Per Curiam.
Judgment of conviction (Michael D. Stallman, J.), rendered September 13, 2015, reversed on
the law, the accusatory instrument dismissed, and surcharge, if paid, remitted.
As the People concede, defendant's conviction must be vacated since the plea record lacks
the requisite "affirmative showing" that defendant understood and waived his Boykin
rights (Boykin v Alabama, 395 US 238 [1969]). The People also agree that dismissal of
the accusatory instrument is the appropriate corrective action in this particular case (cf.
People v Conceicao, 26 NY3d 375, 385 n [2015]). 
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: September 30, 2022